

# NUMBER 13-18-00610-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PETER KRUMP,                                                              Appellant,

v.

JONATHAN GONZALEZ,                                                        Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION
**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Benavides**

Appellant Peter Crump attempted to appeal a judgment entered by the 347th District Court of Nueces County on August 14, 2018. On October 31, 2018, the Clerk of this Court requested appellant to pay the filing fee for the notice of appeal within ten days. On November 19, 2018, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that he was delinquent in paying the filing fee

and that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the filing fee. *See* TEX. R. APP. P. 5; *id.* R. 12.1(b). Further, appellant has not made payment arrangements for the clerk's record or the reporter's record.

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

GINA M. BENAVIDES,
Justice

Delivered and filed the
31st day of January, 2019.